**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Archer | Social Security number or ITIN    xxx–xx–4479 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Laura Archer | Social Security number or ITIN    xxx–xx–5422 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–19723–MBK

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Archer                                               Laura Archer

12/19/19                                                   **By the court:** Michael B. Kaplan
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                            Case No. 14-19723-MBK
David Archer                                                      Chapter 13
Laura Archer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: 3180W           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
```
db/jdb         +David Archer,    Laura Archer,    2350 Old York Rd,    Bordentown, NJ 08505-4410
514832493      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514784803      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
514784804      +Chase Manhattan Mortgage,    Po Box 24696,    Columbus, OH 43224-0696
514784811      +Hayt Hayt & Landau LLC,    Two Industrial Way West,    P.O. Box 500,    Eatontown, NJ 07724-0500
515042334      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
515037623      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
514784818      +Virtua Memorial Hospita Burlington Count,    C/O Freeman & Mintz, PCs,    34 Tanner Street,
                 Haddonfield, NJ 08033-2475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517069810      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 20 2019 00:42:19
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
517069809      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 20 2019 00:42:19
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514784800       EDI: CAPITALONE.COM Dec 20 2019 05:03:00      Capital 1 Bank,    Po Box 85520,
                 Richmond, VA 23285
514784807       EDI: CITICORP.COM Dec 20 2019 05:03:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
514784799      +EDI: CAPITALONE.COM Dec 20 2019 05:03:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
514928769       EDI: CAPITALONE.COM Dec 20 2019 05:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
514784801      +EDI: CHASE.COM Dec 20 2019 05:03:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514784806      +EDI: CHASE.COM Dec 20 2019 05:03:00      Chase Mht Bk,    Po Box 15298,
                 Wilmington, DE 19850-5298
514784805      +EDI: CHASE.COM Dec 20 2019 05:03:00      Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,
                 Wilmington, DE 19850-5298
514784809      +EDI: CITICORP.COM Dec 20 2019 05:03:00      Citibank Sd, Na,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
514784812      +EDI: IIC9.COM Dec 20 2019 05:03:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East, P.O. Box 64378,    Saint Paul, MN 55164-0378
514784813      +EDI: IIC9.COM Dec 20 2019 05:03:00      IC System,    Po Box 64378,    Saint Paul, MN 55164-0378
514784815       E-mail/Text: camanagement@mtb.com Dec 20 2019 00:41:26      M & T Bank,    1100 Wehrley Drive,
                 Buffalo, NY 14240
514784814       E-mail/Text: camanagement@mtb.com Dec 20 2019 00:41:26      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
514784817       EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
514784816       EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
514911539       EDI: PRA.COM Dec 20 2019 05:03:00      Portfolio Recovery Associates, LLC,
                 c/o U.s. Bank National Association Nd,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 19
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514784808*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
514784802*     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514784810*     +Citibank Sd, Na,    Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 19, 2019
                              Form ID: 3180W           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
            Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
            Albert    Russo     docs@russotrustee.com
            Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Paul H. Young    on behalf of Joint Debtor Laura    Archer ykassoc@gmail.com,
             lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
            Paul H. Young    on behalf of Debtor David    Archer ykassoc@gmail.com,
             lesliebrown.paralegal@gmail.com,tkennedy@ymalaw.com,eperez@ymalaw.com,pyoung@ymalaw.com
            R. A. Lebron    on behalf of Creditor    M&T Bank bankruptcy@feinsuch.com
            R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
            R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```